IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JAY DEAN DAGOSTINO,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No. 5D22-3000
LT Case No. 2018-CF-2465-A

Decision filed February 14, 2023

3.800 Appeal from the Circuit Court
for Seminole County,
Donna L. McIntosh, Judge.

Jay Dean Dagostino, Perry, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


WALLIS, HARRIS and JAY, JJ., concur.